# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARQUEION J. HARRISON,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　CASE NO. 5:10CV44-2-MU

STATE OF NORTH CAROLINA, ET AL.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 22, 2010, Order.

                      Signed: April 23, 2010

                      Frank G. Johns, Clerk
                      United States District Court